# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RYDER INTEGRATED LOGISTICS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:24-cv-00391-RSL <br><br> **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILIE ANSWER AND EXTEND INITIAL CASE MANAGEMENT DEADLINES** |

Plaintiff Northwest Administrators, Inc. ("Plaintiff") and Defendant Ryder Integrated Logistics, Inc. ("Ryder") have filed their Stipulated Motion for Extension of Time to File Answer and Extend Initial Case Management Deadlines, for Ryder to answer, present defenses, or otherwise respond to Plaintiff's Complaint to Compel Audit ("Complaint"), and for the parties to respond to Initial Case Management deadlines previously ordered by this Court [Dkt. 5].

IT IS HEREBY ORDERED:

1. That Defendant shall file its answer or otherwise responsive pleading to Plaintiff's Complaint on or before May 23, 2024;

2. The parties are to hold their Rule 26(f) Conference on or before May 28, 2024;

3. The parties shall exchange their Rule 26(a)(1) Initial Disclosures on or before June 3, 2024; and

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND EXTEND INITIAL CASE MANAGEMENT DATES - 1
Case No. 2:24-cv-00391-RSL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

4.  The parties' Joint Status Report and Discovery Plan shall be filed no later than June 10, 2024.

Dated this 5th day of April, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME TO FILE
ANSWER AND EXTEND INITIAL CASE
MANAGEMENT DATES - 2
Case No. 2:24-cv-00391-RSL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058