UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER INTEGRATED LOGISTICS, INC., a Delaware corporation, <br><br> Defendant. | NO.   2:24-cv-00391-RSL <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys, Russell J. Reid and Thomas A. Leahy of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff, and Russell S. Buhite of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for Defendant, Ryder Integrated Logistics, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorney's fees and costs.

//

//

//

//

//

DATED this __20__ day of September, 2024.

| | |
|---|---|
| REID, BALLEW, LEAHY & HOLLAND, L.L.P. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| _/s/ Rusell J. Reid_ <br> Russell J. Reid, WSBA #2560 <br> Thomas A. Leahy, WSBA #26365 <br> 100 West Harrison St., N. Tower #300 <br> Seattle WA 98119 <br> (206) 285-0464 <br> Emails: rjr@rmbllaw.com/tom@rmbllaw.com | _/s/ Russell S. Buhite_ <br> Russell S. Buhite, WSBA #41257 <br><br> 1201 Third Avenue, Suite 5150 <br> Seattle WA 98101 <br> (206) 693-7052 <br> Email: russell.buhite@ogletree.com |
| Attorneys for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorney's fees and costs of suit.

Dated this 23rd day of September, 2024.

_Robert S. Lasnik_ (signature)
Robert S. Lasnik
United States District Judge